UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCIS SWENSON,

    Plaintiff,

  v.

CIGNA INSURANCE COMPANY, et al.,

    Defendants.

Case No. 14-cv-05245-HSG

**SCHEDULING ORDER**

Re: Dkt. No. 21

Having read and considered the parties' Joint Case Management Statement filed on March 2, 2015 the Court hereby sets the following dates:

| | |
|---|---|
| Deadline to complete private mediation: | May 15, 2015 |
| Deadline to complete discovery: | July 1, 2015 |
| Deadline to file cross-motions for judgment: | August 14, 2015 |
| Deadline to file oppositions: | September 18, 2015 |
| Motion Hearing Date : | October 2, 2015 |
| Trial Date:<br>(half-day trial estimated) | October 23, 2015 - 10:00 a.m. |

//

//

//

//

//

1    The Court notes that the parties' Joint Case Management Statement proposed a September
2    18th trial date, which the Court presumes to have been a typographical error because that date is
3    earlier than the parties' requested motions hearing date.  If the parties object to the above date and
4    time for the half-day trial, they are directed to meet and confer and submit a joint stipulation
5    requesting a different trial date.

6    **IT IS SO ORDERED.**

7    Dated: 4/6/2015

*(signature)*
HAYWOOD S. GILLIAM, JR.
United States District Judge