**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone:  415.561-8440
Facsimile:  415.561-8430

Attorneys for Defendants
CIGNA LIFE INSURANCE COMPANY OF NEW YORK;
LIFE INSURANCE COMPANY OF NORTH AMERICA;
PFIZER LONG TERM DISABILITY PLAN AND PFIZER INC.

Rebecca Grey SBN 194940
**THE GREY LAW FIRM PC**
235 Montgomery Street, Suite 1101
San Francisco, CA 94104
Tel:     415.262.9926
Fax:    415.262.9981

Attorneys for Plaintiff
FRANCIS SWENSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCIS SWENSON, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>CIGNA LIFE INSURANCE COMPANY<br>OF NEW YORK; LIFE INSURANCE<br>COMPANY OF NORTH AMERICA;<br>PFIZER LONG TERM DISABILITY<br>PLAN; PFIZER, INC.<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  3:14 cv-05245-HSG<br><br>**AMENDED STIPULATION OF<br>DISMISSAL OF ACTION WITH<br>PREJUDICE; ORDER** |

1

IT IS HEREBY STIPULATED by and between the Plaintiff FRANCIS SWENSON, and Defendants CIGNA LIFE INSURANCE COMPANY OF NEW YORK,  LIFE INSURANCE COMPANY OF NORTH AMERICA, PFIZER LONG TERM DISABILITY PLAN AND PFIZER, INC. by and through its counsel of record herein, that the captioned action may be, and hereby is, dismissed in its entirety with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit with respect to the above.

Counsel for the filing party hereby attests that concurrence in filing of this document has been obtained by each of the other signatories to this document.  The conformed signature herein shall serve in lieu of their original signatures on this document. Upon order of the Court, this filing party shall produce records which support the concurrence of all signatories to this document.

**SO STIPULATED.**

**RIMAC MARTIN, P.C.**

DATED:  June 4, 2015

By:_  /s/ Anna M. Martin_
ANNA M. MARTIN
Attorneys for Defendants
CIGNA LIFE INSURANCE COMPANY OF NEW YORK, LIFE INSURANCE COMPANY OF NORTH AMERICA, and PFIZER LONG TERM DISABILITY PLAN AND PFIZER INC.

///

///

///

AMENDED STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE;
[PROPOSED] ORDER
Case No.  3:14 cv-05245-HSG

THE GREY LAW FIRM P.C.

DATED:  June 4, 2015

By:  */s/ Rebecca Grey*
REBECCA GREY
Attorneys for Plaintiff
FRANCIS SWENSON

**SO ORDERED.**

DATED: June 5, 2015

By: *Haywood S. Gill Jr.*
District Judge Haywood S. Gilliam, Jr.
United States District Judge
Northern District of California

3

AMENDED STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE;
[PROPOSED] ORDER
Case No.  3:14 cv-05245-HSG

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1051 Divisadero Street, San Francisco, California 94115.

On June 5, 2015, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

**AMENDED STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER**

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Northern District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on June 5, 2015 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Fatima Bonilla
(Type or print name)

*/s/ Fatima Bonilla*
(Signature)

CERTIFICATE OF SERVICE